IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COURTNEY LAWTON,<br><br>                Plaintiff,<br><br>        v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, HANK BOUNDS, Individually and in his Official Capacity; and RONNIE GREEN, Individually and in his Official Capacity,<br><br>                Defendants. | 4:21CV3162<br><br>REASSIGNMENT ORDER |

Due to clerical error, this case is reassigned to District Judge Brian C. Buescher for disposition and remains assigned to Magistrate Susan M. Bazis for judicial supervision.

IT IS SO ORDERED.

Dated this 30th day of August 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge