IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COURTNEY LAWTON,<br><br>                          Plaintiff,<br><br>      V.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA; HANK BOUNDS, and RONNIE GREEN<br><br>                          Defendants. | CASE NO. 4:21-cv-3162<br><br><br>BRIEF OF PLAINTIFF IN OPPOSITION TO MOTION TO DISMISS |

COMES NOW the Plaintiff and opposes the pending Motion to Dismiss filed herein by the Defendants.  This brief is filed in an abundance of caution as the Plaintiff has filed a Motion to Amend Complaint.

Plaintiff suggests that the filing of an Amended Complaint would moot the Defendants' Motion to Dismiss.  The Defendants retains all rights to answer or file a responsive pleading to the Amended Complaint.

CONCLUSION

Plaintiff suggests the pending Motion to Dismiss is moot as a result of the Motion to Amend Complaint being filed.

COURTNEY LAWTON, Plaintiff

s/ Vincent M. Powers
Vincent M. Powers #15866
POWERS LAW
411 South 13th Street, Suite 300
PO Box 84936
Lincoln, NE. 68501-4936