IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COURTNEY LAWTON,<br><br>    Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, HANK BOUNDS, Individually; and RONNIE GREEN, Individually,<br><br>    Defendants. | 4:21-CV-3162<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order of this date,

  IT IS ORDERED:

  1. Defendants' Motion to Dismiss, Filing 25, is granted;

  2. Plaintiff's Amended Complaint, Filing 23, is dismissed in its entirety; and

  3. This action is terminated.

Dated this 8th day of June, 2022.

                BY THE COURT:

                _____
                Brian C. Buescher
                United States District Judge